UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-02341-TLN-JDP (PC)<br><br>**ORDER**<br><br>GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 20 |

Defendant filed a motion to modify the March 6, 2023 scheduling order. ECF No. 20. Good cause appearing, defendant's motion is granted.

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to modify the scheduling order, ECF No. 20, is granted.

2. Dispositive motions shall be filed on or before March 5, 2024. All other deadlines remain unchanged.

IT IS SO ORDERED.

Dated:　January 3, 2024　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE