UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Defendant. | Case No. 2:21-cv-02341-TLN-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 24<br><br>RESPONSE DUE APRIL 29, 2024 |

Plaintiff has filed his motion for an extension of time to file an opposition to defendant's motion for summary judgment. ECF No. 24. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 24, is granted.

2. Plaintiff is granted until April 29, 2024, to file an opposition to defendant's motion for summary judgment

IT IS SO ORDERED.

Dated:　April 15, 2024　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE