UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>            Plaintiff,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>            Defendant. | Case No.  2:21-cv-02341-TLN-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 26<br><br>RESPONSE DUE May 30, 2024 |

Plaintiff has filed his motion for an extension of time to file an opposition to defendant's motion for summary judgment.  ECF No. 26.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 26, is granted.

2. Plaintiff is granted until May 30, 2024, to file an opposition to defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated:   May 14, 2024                              _____
                                                                    JEREMY D. PETERSON
                                                                    UNITED STATES MAGISTRATE JUDGE