UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWESI MUHAMMAD,<br><br>             Plaintiff,<br><br>       v.<br><br>CDCR,<br><br>             Defendant. | Case No.  2:21-cv-02341-TLN-JDP<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations, and Defendants have filed a response to Plaintiff's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed November 18, 2024, are ADOPTED IN FULL;

2. Defendant's motion for summary judgment (ECF No. 22) is GRANTED;

3. Defendant's motion to amend the answer (ECF No. 30) is DENIED as moot;

4. The Clerk of Court is directed to enter judgment in Defendant's favor and close the case.

IT IS SO ORDERED.

Date: December 20, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE